# IN THE FEDERAL DISTRICT COURT
# FOR THE DISTRICT OF MARYLAND

**STEVEN L. JOFFE, M.D.(DR. JOFFE)**
*Pro se Plaintiff*

UNAUTHORIZED USE OF A CREDIT CARD

18 U.S.C. §1029
15 U.S.C. §1644

INTENTIONAL INFLICTION OF
EMOTIONAL DISTRESS (IIED)

VS.

**DEALS SX**

SAG 25 CV 3263

*defendant*

## INTRODUCTION

Upon reviewing his monthly VISA CARD statement, Dr Joffe noted a transaction from DEALS SX for $36.75. Dr. Joffe has never heard of this company, nor has he ever conducted business with same.

## PARTIES

STEVEN L. JOFFE, M.D. Is a retired Emergency Medicine physician who has resided at all times relevant hereto at 300 w Seminary Ave. Lutherville, MD 21093

DEALS SX is a Delaware incorporated office furniture supply corporation located in the State of Illinois (city unknown) contact phone number (312)600-7409

## JURISDICTION

As this case violates at least two federal statutes, and as there is diversity of citizenship, Federal Courts have jurisdiction.

## VENUE

While The Federal Rules of Civil Procedure (FRCP) dictates that the venue must be chosen as to be the most convenient, geographically. to Defendant or Defendants, in keeping with The Americans with Disabilities Act (ADA), Dr Joffe declares that he is disabled (wheelchair-bound) and is physically unable to travel to Illinois and further, that Dr.Joffe's current assisted living facility provides wheelchair transport, Dr. Joffe choses to file here in Baltimore.

## DAMAGES

Defendant charged Dr. Joffe's credit card $13.80, and, also, Dr. Joffe has purchased a premium Life lock protection plan to monitor his credit, and guard against further unauthorized credit card usage for the next ten years at a cost of $2,398.00. The emotional toll of identity theft is tremendous. It is unsettling and disquieting. Dr. Joffe is sleeping poorly since.

## DEMANDS

$2462.60

Dr. Joffe is asking This Court to award to him compensatory damages of ~~$2380.80~~ and punitive damags of $10,000,000.00 (ten million dollars)

Respectfully Submitted

*[signature]*

Steven L. Joffe, M.D.
300 w Seminary ave.
Lutherville, MD 21093
stevejoffe@comcast.net
(410)456-4362

## CERTIFICATE OF SERVICE

I, Steven L Joffe, M.D. DO HEREBY CERTIFY that I seny a complete, and accurate copy OF THE above civil complaint to The Federal District Court for the District of Maryland at 101 w Lombard St. Baltimore, MD 21202 by way of The United States Postal Service, First Class, Postage Pre-paid.

*[signature]*

Steven L. Joffe, M.D.